UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-21626-CIV-MORENO

OMAR ARRIOLA,

    Plaintiff,

vs.

SYNDICATED OFFICE SYSTEMS, INC., d/b/a
CENTRAL FINANCIAL CONTROL,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL OF COUNT II

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice of Count II **(D.E. 8)**, filed **March 9, 2010**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice as to **COUNT II** with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1).

DONE AND ORDERED in Chambers at Miami, Florida, this /2 day of March, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record